IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RITA GLASCO,

      Appellant,

v.                                        Case No. 5D17-2253

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION,

      Appellee.

_____/

Opinion filed May 11, 2018

Administrative Appeal from the
Reemployment Assistance Appeals
Commission.

Rita Glasco, Orlando, pro se.

Cristina A. Velez, Tallahassee,
for Appellee.

PER CURIAM.

Rita Glasco (Appellant) appeals the referee's decision disqualifying her from receiving reemployment assistance benefits. We affirm the decision under review but remand for correction of a scrivener's error. The referee's decision currently disqualifies Appellant for the week beginning May 1, 2016, the following five weeks, and until Appellant earns seventeen times the weekly benefit amount ($4675). This is incorrect as Appellant was not discharged until January 5, 2017. The proper disqualification

timeframe is the week beginning January 1, 2017, the following five weeks, and until Appellant has earned $4675.  <u>See</u> § 443.101(1)(a)2., Fla. Stat. (2017).  We therefore remand for the Commission to make this correction.

AFFIRMED; REMANDED for correction of a scrivener's error.

BERGER, WALLIS and EISNAUGLE, JJ., concur.